```
                ✓ FILED           ___ RECEIVED
                ___ ENTERED       ___ SERVED ON
                        COUNSEL/PARTIES OF RECORD

                        SEP 10 2014

                     CLERK US DISTRICT COURT
                       DISTRICT OF NEVADA
                BY: _____ DEPUTY
```

LEONARD H. STONE, ESQ. No. 5791
NICOLE K. STEINHAUS, ESQ. No. 11722
SHOOK & STONE, CHTD.
710 South Fourth Street
Las Vegas, Nevada 89101
Office: (702) 385-2220
Fax: (702) 384-0394
Email: lstone@shookandstone.com;
nsteinhaus@shookandstone.com;
Attorneys for Plaintiff, MARK ALAN LINGENFELTER

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MARK ALAN LINGENFELTER, <br><br> Plaintiff, <br><br> vs. <br><br> CAROLYN W. COLVIN, <br> Acting Commissioner of Social Security, <br><br> Defendant. | Case No. 3:14-CV-00202-MMD-VPC <br><br> **STIPULATION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR REMAND** <br> **(First Request)** |

Plaintiff, MARK ALAN LINGENFELTER, by and through his attorneys, LEONARD H. STONE, and NICOLE K. STEINHAUS of SHOOK & STONE, CHTD., hereby requests to extend the time by 30 days from September 11, 2014 to October 11, 2014 to file his Motion for Remand / Reversal, with all other dates in this Court's Order Concerning Review of Social Security Cases extended accordingly. This is Plaintiff's first request for an extension.

There is good cause for this extension because Plaintiff's counsel has a heavy caseload due to numerous administrative hearings as well as unforeseen medical issues. Plaintiff's

1  counsel needs further time to properly address the issues raised on appeal. Defendant has no
2  objection to this extension.

Respectfully submitted this 9th day of September, 2014.

**SHOOK & STONE**

By:  /s/ Nicole K. Steinhaus
     NICOLE K. STEINHAUS, Esq.
     Nevada Bar No. 11722
     Attorney for MARK ALAN LINGENFELTER

DANIEL G. BOGDEN
United States Attorney

By:  /s/ Michael Marriott
     MICHAEL MARRIOTT, Esq.
     Special Assistant United States Attorney
     *authorized by email September 8, 2014
     Attorneys for Defendant

IT IS SO ORDERED.

DATE: September 10, 2014

THE HONORABLE VALERIE P. COOKE
United States Magistrate Judge

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER 3:14-CV-00202-MMD-VPC**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on September 9, 2014.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Nicole K. Steinhaus
Nicole K. Steinhaus, Esq.
Attorney for Plaintiff